The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

December 10, 2024

**Via ECF**
Hon. Joanna Sybert
Eastern District of New York United States District Court

Re: 2:23-cv-09477 (JS) (LGD)
*Ruiz v. Kashi Japanese Restaurant et al.*

Dear Judge Sybert:

This office, along with Yale Pollack, represents Plaintiff in the above captioned matter. We do not believe that Defendants have complied with the Court order with respect to conditional certification. As the annexed e-mail correspondence reflects, we have reached out to Defendants multiple times to resolve this issue without relief from the Court. Defendants' counsel has stopped responding to our e-mails.

The Court order with respect to conditional certification was as follows:

> ORDER: Per DE [23], the parties report that "Defendants have consented to allow this action to proceed [as] a collective action for former and current barbacks and bussers who worked for the newly substituted Defendant, KJSS Corp. d/b/a Kashi Japanese, from December 16, 2017 through the present" and that they have agreed upon the consent form and opt-in notice form. The parties also agreed that "Defendants will produce a computer-readable list of all bussers and barbacks who were employed by Defendants at any point in the six years prior to the filing of this lawsuit along with the following information: name, last known mailing address, alternate address (if any), all known telephone numbers, e-mail address, cell phone number and dates of employment at KJSS Corp." *Id.* It is hereby ORDERED that:

For the reasons set forth, we do not believe that Defendants have not provided this office a full list of the FLSA Collective. This is based upon the fact that after receipt of the Court order requiring Defendants to provide Plaintiff the names of all barbacks and bussers over the last six years, Defendants only provided 17 names. 17 names over six years seems sparse. Furthermore, we showed our client this list and he did not recognize any of the names. Thus, we do not believe that Defendants have provided a full list and we also do not believe that Defendants provided the contact information of any current employees. Furthermore, with respect to the names of the people that Defendants did

provide, Defendants have not provided the phone numbers, e-mail addresses and dates of employment as ordered by the Court.

We also asked Defendants to place the notice of the FLSA Collective right to join in a visible location at the restaurant. Defendants have not responded this request. Since Defendants have not responded to our inquiries and not complied with the Court order, we request that the Court order Defendants to provide the list in a visible location so that way all current employees can be made aware of conditional certification.

*/s Jacob Aronauer*
Jacob Aronauer
*Attorney for Plaintiff*

**Via ECF**
*All attorneys on record*

Gmail Jacob Aronauer <jaronauer@aronauerlaw.com>

# FW: Employee list for Kashi RVC

**ypollack@yalepollacklaw.com** <ypollack@yalepollacklaw.com> Wed, Nov 13, 2024 at 12:34 PM
To: John Ruggiero <jruggiero@canfield-ruggiero.com>
Cc: "Jacob Aronauer Esq. (jaronauer@aronauerlaw.com)" <jaronauer@aronauerlaw.com>

John,

The list is not in compliance with the Court's Order, which required not only names and addresses, but also email addresses, telephone numbers and dates of employment. Kindly provide a compliant list in accordance with the Court's Order. Thank you.

[Quoted text hidden]

Gmail

Jacob Aronauer <jaronauer@aronauerlaw.com>

# FW: Employee list for Kashi RVC

**John Ruggiero** <jruggiero@canfield-ruggiero.com> Wed, Nov 13, 2024 at 12:37 PM
To: "ypollack@yalepollacklaw.com" <ypollack@yalepollacklaw.com>
Cc: "Jacob Aronauer Esq. (jaronauer@aronauerlaw.com)" <jaronauer@aronauerlaw.com>

I just asked. They do not have email addresses. They do not collect that information from employees. No one is contacted via email.

I'll get dates of employment.

John P. Ruggiero, Esq.

Canfield Ruggiero, LLP

68 South Service Road

Suite 100

Melville, NY 11747

(516) 554-6864

[Quoted text hidden]

Gmail Jacob Aronauer <jaronauer@aronauerlaw.com>

# FW: Employee list for Kashi RVC

**Jacob Aronauer** <jaronauer@aronauerlaw.com> Mon, Dec 2, 2024 at 1:35 PM
To: John Ruggiero <jruggiero@canfield-ruggiero.com>
Cc: "ypollack@yalepollacklaw.com" <ypollack@yalepollacklaw.com>

Dear John:

I hope you had a good Thanksgiving Day weekend. We have the following issues with respect to the FLSA Collective.

1) Can you please provide proof that the Notice of the FLSA Collective was posted at your client's restaurant;
2) We are still waiting for both the phone numbers of the FLSA Collective as well as their dates of employment;
3) The third issue ties in to the second. Our client has told us that he does not recognize any of the names on the list. This leads us to conclude unfortunately that as Defendants have not provided the dates of employment and our client does not recognize any of the names, that the list is incomplete.

We have e-mailed you a few times with respect to some of these issues. I do not want to give an ultimatum but I think if it is not resolved this week we may be forced to seek relief from the Court. If you think I am going about it the wrong way, maybe a phone call would be helpful.

Thank you!
[Quoted text hidden]

[Quoted text hidden]