# Tilton Beldner LLP

*www.tiltonbeldner.com*

*626 RXR Plaza*
*Uniondale, New York 11556*
*Tel.: (631) 629-5291*
*Fax: (516) 324-3170*
*etilton@tiltonbeldner.com*

*Via ECF*

Hon. Lee G. Dunst                                                March 4, 2025
100 Federal Plaza
Central Islip, NY 11722

       Re:    *Ruiz v. Kashi Japanese Restaurant et al.*
               *No. 23-cv-9477(SJB)(LGD)*

Your Honor:

I am co-counsel to the Defendants but write on behalf of all parties after conferring with counsel for Plaintiffs on the contents of this letter. We write pursuant to the Court's Order dated February 18, 2025, and are happy to report that the parties have reached a settlement in principle of this FLSA matter. Accordingly, we do not anticipate a need for further discovery scheduling to take place

We respectfully request a period of 30 days to finalize the parties' written settlement agreement and to submit the same to the Court for review under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Thank you for your time and consideration.

                                   Very truly yours,

                                   *s/ Eric S. Tilton*
                                   Eric S. Tilton

Cc: All counsel of record via ECF